IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.F. MARCH SONS COMPANY<br><br>Plaintiff<br><br>v.<br><br>E.P. HENRY CORPORATION<br><br>Defendant<br><br>v.<br><br>DAVID W. MARCH, MARCH LUMBER AND MILLWORK, AND THE MARCH COMPANY<br><br>Third-Party Defendants | CIVIL NO. 2:07-cv-1113<br><br>FILED<br>APR 2 3 2009<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk<br><br>STIPULATION OF DISMISSAL |

## STIPULATION OF DISMISSAL

The parties to this action, having settled the matter subject to the terms of a Settlement Agreement, hereby stipulate to the dismissal of this action, with prejudice, pursuant to Rule 41, Fed.R.Civ.P., without costs to any party.

Dated: 4/13/09
HAMBURG, RUBIN, MULLIN,
MAXWELL & LUPIN

By: _____
STEVEN H. LUPIN, ESQUIRE

Attorney for Plaintiff I.F. March Sons
Company and Third-Party Defendants
David W. March and March Lumber
and Millwork

Dated: 10/9/08

By: _____
DOUGLAS F. JOHNSON, ESQUIRE

Attorney for Defendant and Third-Party
Plaintiff E.P. Henry Corporation

APPROVED BY THE COURT:

_____
R. BARCLAY SURRICK, J.        4/23/09

Faxed to S. Lupin
& S. Johnson 4/23/09